UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRE ISLAND RETREAT, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>BRIT GLOBAL SPECIALTY USA, INC., and LLOYD'S OF LONDON<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>2:20-cv-02312-TJS |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Fire Island Retreat hereby voluntarily dismisses its action, *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 16, 2020

/s/ Daniel N. Gallucci
Dianne M. Nast, Esquire
Daniel N. Gallucci, Esquire
Joanne E. Matusko, Esquire
**NastLaw LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Email: dgallucci@nastlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.


Dated:  November 16, 2020                                    /s/ *Daniel N. Gallucci*